The Kissena Park Corporation, Respondent, v. The City of New York, Appellant. (No. 2.) — Judgment affirmed on argument, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George E. Lovett, Respondent, v. Grace E. Lovett, Appellant.— Appeal dismissed, without costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Maude F. Martine, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Charles Mayer, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William McGuire, Respondent, v. James Ross Collins, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

John McKey, Respondent, v. Mary Scheiderer and Others, Appellants.— Judgment affirmed by default, with costs. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Tina Myers, Appellant, v. Andreas Fox, as Executor, etc., of Franziska Knoth, Deceased, Respondent.— Order modified so as to impose as the condition of granting a new trial the payment of costs of the trial already had, and the disbursements to the date of the order, and as so modified affirmed, without costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The Nichols Gas Fixture Manufacturing Company, Respondent, v. The Clarke Construction Company, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Michael O'Dwyer, Respondent, v. Castle Square Opera Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Harry Paul, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the court erred in its refusal to charge that Adler was not a fellow-servant, and that his negligence would not suffice to enable the plaintiff to recover. Woodward, Jenks, Gaynor and Miller, JJ., concurred; Rich, J., dissented.

Abel Peck, Respondent, v. Newburgh Light, Heat and Power Company, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. William Lane, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The Queens Borough Corporation, Respondent, v. The City of New York, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.